Chan Xu, SBN 277566
2240 Bay Street #304
San Francisco, California 94123
(415) 595-1471
chanxuesq@gmail.com

Attorney for Plaintiffs
Advanced Multilevel Concepts, Inc. and Able Direct Marketing

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT MARKETING,<br><br>Plaintiffs,<br><br>vs.<br><br>STALT, INC, HILLARD M. STERLING, ESQ., FREEBORN & PETERS LLP and DOES 1 through 30, inclusive.<br><br>Defendants. | CASE NO. 4:11-cv-06679-SC<br>Assigned for all purposes to:<br>Hon. Samuel Conti<br><br>**STIPULATED REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND**<br><br>Before: Hon. Samuel Conti<br><br>Compliant filed on December 28, 2012 |

PURSUANT TO CIVIL L.R. 6-2, Plaintiffs Advanced Multilevel Concepts, Inc. and Able Direct Marketing and Defendants Freeborn & Peters, LLP and Hillard M. Sterling hereby stipulate, subject to the order of this Court, to extend the time for the filing of Responses to Motion to Dismiss and Special Motion to Strike from the time now provided as March 26, 2012 to April 11, 2012, and extend accordingly the time for filing of Replies from the time now provided as April 9, 2012 to April 25, 2012. In support of this request and for the information of the Court in considering this stipulation the Parties jointly state as follows:

## I. REASONS FOR THE REQUESTED ENLARGEMENT OF TIME

On March 12, 2012, Defendants Hillard Sterling and Freeborn & Peters filed a Motion to Dismiss and Motion to Strike Complaint. The Responses are due on March 26, 2012. The Replies are due on April 9, 2012, 14 days after the filing of the Responses instead of 7 days required by the CIVIL L.R. 7-3(c) . On March 13, 2012, Plaintiffs filed a Motion for Partial Judgment on the Pleading against Stalt, pursuant to Fed. R. Civ. P. 12(c). The Response to the 12(c) Motion is due on March 27, 2012. The Reply is due on April 3, 2012.

With three motions filed consecutively and all scheduled to be heard on May 4, 2012, the parties believe additional time is necessary to prepare the respective Responses and Replies.

## II. DISCLOSURE OF PREVIOUS TIME MODIFICATIONS

Defendants have previously sought an Ex Parte Application for an extension of time to respond the Complaint on January 25, 2012. The Magistrate Judge granted the extension. On February 24, 2012, the parties filed a stipulated extension of time to respond the Complaint.

## III. EFFECT OF THE TIME MODIFICATION ON THE SCHEDULE OF THE CASE

On March 7, 2012, Defendant filed Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge. On March 9, 2012, the case was reassigned to this Court. No Order Setting Initial Case Management Conference was entered by this Court yet. The parties' proposed order will not affect the schedule of the case.

## IV. CONCLUSION

WHEREFORE, the parties respectfully request the court to act favorably upon this stipulation and enter an order extending the time for the filing of Responses to Motion to

Dismiss and Motion to Strike, and extend accordingly the filing of Replies for sixteen days respectively from the dates now set, as detailed above.

DATED: March 13, 2012

By: /s/
CHAN XU
Attorneys for Plaintiffs
ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT MARKETING

DATED: March 13, 2012

LONG & LEVIT LLP

By: /s/
JOSEPH P. MCMONIGLE
KATHLEEN M. EWINS
JOHN B. SULLIVAN
Attorneys for Defendants
HILLARD M. STERLING, ESQ. and FREEBORN & PETERS, LLP

Chan Xu, SBN 277566
2240 Bay Street #304
San Francisco, California 94123
(415) 595-1471
chanxuesq@gmail.com

Attorney for Plaintiffs
Advanced Multilevel Concepts, Inc.
Able Direct Marketing

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT MARKETING,<br><br>Plaintiffs,<br><br>vs.<br><br>STALT, INC, HILLARD M. STERLING, ESQ., FREEBORN & PETERS LLP and DOES 1 through 30, inclusive.<br><br>Defendants. | CASE NO. 4:11-cv-06679-SC<br>Assigned for all purposes to:<br>Hon. Samuel Conti<br>**[~~PROPOSED~~] ORDER RE: STIPULATED REQUESTED FOR AN ORDER CHANGING TIME**<br><br>Judge: Hon. Samuel Conti |

The above captioned matter, having come before this Court, after consideration of the stipulated request filed in this Court, IT IS HEREBY ORDER that Plaintiffs Advanced Multilevel Concepts, Inc. may have until and including Wednesday, April 11, 2012 to file Responses to Motion to Dismiss and Motion to Strike filed by Defendants, and accordingly, Defendants Freeborn & Peters, LLP and Hillard M. Sterling may have until and including Wednesday, April 25, 2012 to file Replies to Plaintiffs' Responses.

Date: 3/15/12

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Samuel Conti
NORTHERN DISTRICT OF CALIFORNIA

HONOR[illegible]ONTI
SENIOR [illegible] JUDGE