JOSEPH P. MCMONIGLE, Bar No. 66811
jmcmonigle@longlevit.com
KATHLEEN M. EWINS, Bar No. 154365
kewins@longlevit.com
JOHN B. SULLIVAN, Bar No. 238306
jsullivan@longlevit.com

LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:     (415) 397-2222
Facsimile:     (415) 397-6392

Attorneys for Defendants
HILLARD M. STERLING, ESQ. and
FREEBORN & PETERS, LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT MARKETING,<br><br>Plaintiff,<br><br>v.<br><br>STALT, INC., HILLARD M. STERLING, ESQ., FREEBORN & PETERS, LLP and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No. CV-11-6679 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIPULATION**<br><br>Courtroom:       1<br>Judge:            Hon. Samuel Conti<br>Action Filed:    December 28, 2011 |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1
- 1 -                                                        CV-11-6679-SC

1 | **I.     INTRODUCTION**

2 | By this stipulation, the parties jointly seek to extend the deadline to complete initial

3 | disclosures and file the Rule 26(f) Report from April 4, 2012 to Friday, May 25, 2012 and the

4 | deadline to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

5 | from March 21, 2012 to May 25, 2012.

6 | **II.    REASONS FOR STIPULATION**

7 | Good cause exists for this stipulation because the Court set two dispositive motions filed

8 | by Hillard M. Sterling and Freeborn & Peters, LLP for Friday, May 4, 2012.  Following the

9 | Court's ruling on these motions, the parties will better understand which parties and claims will

10 | remain in this case going forward.  As of today, the Court has not rescheduled the Initial Case

11 | Management Conference previously set for April 11, 2012 in front of Magistrate Ryu.

12 | **III.   DISCLOSURE OF PREVIOUSE TIME MODIFICATIONS**

13 | There have been no previous extensions of time requested related to the parties' deadlines

14 | to make initial disclosures, file a Rule 26(f) report, or file either Stipulation to ADR Process or

15 | Notice of Need for ADR Phone Conference.

16 | **IV.    EFFECT OF TIME MODIFICATION ON THE SCEHDULE OF THE CASE**

17 | The parties' proposed order should not affect the schedule of the case.  On March 9, 2012,

18 | the case was reassigned to this Court.  That reassignment vacated the April 11, 2012 Initial Case

19 | Management Conference that had been set by the Hon. Donna Ryu.  It appears from reviewing

20 | the docket that no Order Setting Initial Case Management Conference in front of the Hon. Samuel

21 | Conti has been entered by this Court yet.

22 | **V.     STIPULATION**

23 | Plaintiffs Advanced Multilevel Concepts, Inc. and Able Direct Marketing, Defendant

24 | Stalt, Inc., and Defendants, Hillard M. Sterling and Freeborn & Peters, LLP, hereby stipulate to

25 | extend the deadline to complete initial disclosures and file the Rule 26(f) Report to Friday, May

26 | 25, 2012.

27 |

28 | //

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1

- 2 -                                    CV-11-6679-SC

1   The parties further agree to file either Stipulation to ADR Process or Notice of Need for

2   ADR Phone Conference by May 25, 2012.

3

4   DATED:  March 26, 2012

5

6                                                    By:  /s/
                                                     CARLOS DUQUE
7                                                    Attorney for Plaintiffs
                                                     ADVANCED MULTILEVEL
8                                                    CONCEPTS, INC. and ABLE DIRECT
                                                     MARKETING
9

10

11

12

13  DATED:  March 26, 2012

14

15                                                   By:  /s/
                                                     RICHARD GIVENS
16                                                   Attorney for Defendant
                                                     STALT, INC.
17

18

19                                                   LONG & LEVIT LLP

20

21  DATED:  March 26, 2012                           By:  /s/
                                                     JOSEPH P. MCMONIGLE
22                                                   KATHLEEN M. EWINS
                                                     JOHN B. SULLIVAN
23                                                   Attorneys for Defendants
                                                     HILLARD M. STERLING, ESQ. and
24                                                   FREEBORN & PETERS, LLP

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1
- 3 -                                              CV-11-6679-SC

**[PROPOSED] ORDER**

The proposed stipulation is GRANTED.

The deadline for all parties to complete initial disclosures and file the Rule 26(f) Report is Friday, May 25, 2012. The parties shall file either Stipulation to ADR Process or Notice of Need for ADR Process by May 25, 2012.



HON. SAM
UNITED ST...                                         ...URT
JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1
- 4 -                                                CV-11-6679-SC