1    JOSEPH P. MCMONIGLE, Bar No. 66811
     jmcmonigle@longlevit.com
2    KATHLEEN M. EWINS, Bar No. 154365
     kewins@longlevit.com
3    JOHN B. SULLIVAN, Bar No. 238306
     jsullivan@longlevit.com

4

5    LONG & LEVIT LLP
     465 California Street, 5th Floor
     San Francisco, California 94104
6    Telephone:    (415) 397-2222
     Facsimile:     (415) 397-6392

7

8    Attorneys for Defendants
     HILLARD M. STERLING, ESQ. and
     FREEBORN & PETERS, LLP

9

10            UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13    ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT | Case No. CV-11-6679 SC |
| 14    MARKETING, | **STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL** |
| 15           Plaintiff, | **DISCLOSURES AND ADR STIPULATION** |
| 16    v. | |
| 17    STALT, INC., HILLARD M. STERLING, ESQ., FREEBORN & PETERS, LLP and | Courtroom:      1<br>Judge:         Hon. Samuel Conti<br>Action Filed:    December 28, 2011 |
| 18    DOES 1 through 30, inclusive, | |
| 19           Defendant. | |

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1
- 1 -            CV-11-6679-SC

## I.   INTRODUCTION

By this stipulation, the parties jointly seek to extend the deadline to complete initial disclosures and file the Rule 26(f) Report from April 4, 2012 to Friday, May 25, 2012 and the deadline to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference from March 21, 2012 to May 25, 2012.

## II.   REASONS FOR STIPULATION

Good cause exists for this stipulation because the Court set two dispositive motions filed by Hillard M. Sterling and Freeborn & Peters, LLP for Friday, May 4, 2012.  Following the Court's ruling on these motions, the parties will better understand which parties and claims will remain in this case going forward.  As of today, the Court has not rescheduled the Initial Case Management Conference previously set for April 11, 2012 in front of Magistrate Ryu.

## III.   DISCLOSURE OF PREVIOUSE TIME MODIFICATIONS

There have been no previous extensions of time requested related to the parties' deadlines to make initial disclosures, file a Rule 26(f) report, or file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

## IV.   EFFECT OF TIME MODIFICATION ON THE SCEHDULE OF THE CASE

The parties' proposed order should not affect the schedule of the case.  On March 9, 2012, the case was reassigned to this Court.  That reassignment vacated the April 11, 2012 Initial Case Management Conference that had been set by the Hon. Donna Ryu.  It appears from reviewing the docket that no Order Setting Initial Case Management Conference in front of the Hon. Samuel Conti has been entered by this Court yet.

## V.   STIPULATION

Plaintiffs Advanced Multilevel Concepts, Inc. and Able Direct Marketing, Defendant Stalt, Inc., and Defendants, Hillard M. Sterling and Freeborn & Peters, LLP, hereby stipulate to extend the deadline to complete initial disclosures and file the Rule 26(f) Report to Friday, May 25, 2012.

//

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1
- 2 -
CV-11-6679-SC

1    The parties further agree to file either Stipulation to ADR Process or Notice of Need for

2    ADR Phone Conference by May 25, 2012.

3

4    DATED:  March 26, 2012

5

6                                                    By:  /s/
                                                     CARLOS DUQUE
7                                                    Attorney for Plaintiffs
                                                     ADVANCED MULTILEVEL
8                                                    CONCEPTS, INC. and ABLE DIRECT
                                                     MARKETING
9

10

11

12

13   DATED:  March 26, 2012

14

15                                                   By:  /s/
                                                     RICHARD GIVENS
16                                                   Attorney for Defendant
                                                     STALT, INC.
17

18

19                                     LONG & LEVIT LLP

20

21   DATED:  March 26, 2012           By:  /s/
                                                     JOSEPH P. MCMONIGLE
22                                                   KATHLEEN M. EWINS
                                                     JOHN B. SULLIVAN
23                                                   Attorneys for Defendants
                                                     HILLARD M. STERLING, ESQ. and
24                                                   FREEBORN & PETERS, LLP

25

26

27

28

LONG & LEVIT LLP          STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
465 CALIFORNIA STREET,    DOCS\S0138-787\609299.1
5TH FLOOR
SAN FRANCISCO,                                           - 3 -                              CV-11-6679-SC
CALIFORNIA  94104

1

## [~~PROPOSED~~] ORDER

2

The proposed stipulation is GRANTED.

3

The deadline for all parties to complete initial disclosures and file the Rule 26(f) Report is

4

Friday, May 25, 2012.  The parties shall file either Stipulation to ADR Process or Notice of Need

5

for ADR Process by May 25, 2012.

6

7

8

9



10

HON. SAM
UNITED S                    OURT
JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

STIPULATION AND [PROPOSED] ORDER RE: FRCP 26 INITIAL DISCLOSURES AND ADR STIP.
DOCS\S0138-787\609299.1
- 4 -
CV-11-6679-SC