# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br>STALT, INC., et al.,<br>    Defendants.<br>_____/ | No. C 11-6679 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:     September 7, 2012<br>Mediator:  Arthur Levy |

IT IS HEREBY ORDERED that the request to allow the request to excuse plaintiff Advanced Multilevel Concepts Inc.'s principal representative, Yuriy Semenov, from appearing in person at the September 7, 2012, mediation before Arthur Levy is GRANTED.  Mr. Semenov shall be available at all times to participate via remote electronic means in the mediation in accordance with ADR L.R. 6-10(f), and shall remain engaged in the mediation all times unless or until excused by the mediator.

IT IS SO ORDERED.

August 21, 2012        By:    _____
Dated                                     Donna M. Ryu
                                          United States Magistrate Judge

GRANTED
Judge Donna M. Ryu