| | |
|---|---|
| 1 | Carlos E. Duque |
|   | (*Pro Hac Vice*) |
| 2 | Massachusetts Bar No. 676221 |
|   | 103 Concord Ave. Ste. 2-2 |
| 3 | Somerville, Massachusetts 02143 |
|   | (317) 270-3353 |
| 4 | duque@bostonianlaw.com |
| 5 | Chan Xu, SBN 277566 |
|   | 2240 Bay Street #304 |
| 6 | San Francisco, California 94123 |
|   | (415) 595-1471 |
| 7 | chanxuesq@gmail.com |
| 8 | Attorneys for Plaintiffs |
|   | ADVANCED MULTILEVEL CONCEPTS, INC. |
| 9 | and ABLE DIRECT MARKETING |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT MARKETING, | CASE NO. 3:11-cv-06679-SC |
| | Honorable Samuel Conti |
| Plaintiffs, | |
| | **NOTICE OF STIPULATED VOLUNTARY DISMISSAL** |
| vs. | **[FED. R. CIV. P. 41(A)(1)(B)]** |
| STALT, INC, HILLARD M. STERLING, ESQ., FREEBORN & PETERS LLP and DOES 1 through 30, inclusive. | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Having reached a mutually agreeable out-of-court settlement, Plaintiffs ADVANCED MULTILEVEL CONCEPTS INC. and ABLE DIRECT MARKETING hereby stipulate to voluntarily dismissal of the above referenced action as to Defendant STALT, INC., *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(B). Defendant STALT, INC. hereby notices consent to the same.

1
2  Respectfully submitted,                                      DATED: September 13, 2012

3  /s/ *Carlos E. Duque*
   Carlos E. Duque, Esq.
4  Chan Xu, Esq.

5
6  Attorneys for Plaintiffs
   ADVANCED MULTILEVEL CONCEPTS INC.;
7  and ABLE DIRECT MARKETING, INC.

8
   /s/ *Richard D. Givens*                                       DATED: September 13, 2012
9  Richard D. Givens, Esq.

10 Attorney for Defendant
   STALT, INC.
11

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28