Carlos E. Duque
(*Pro Hac Vice*)
Massachusetts Bar No. 676221
103 Concord Ave. Ste. 2-2
Somerville, Massachusetts 02143
(317) 270-3353
duque@bostonianlaw.com

Chan Xu, SBN 277566
2240 Bay Street #304
San Francisco, California 94123
(415) 595-1471
chanxuesq@gmail.com

Attorneys for Plaintiffs
ADVANCED MULTILEVEL CONCEPTS, INC.
and ABLE DIRECT MARKETING

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MULTILEVEL CONCEPTS, INC. and ABLE DIRECT MARKETING,<br><br>Plaintiffs,<br><br>vs.<br><br>STALT, INC, HILLARD M. STERLING, ESQ., FREEBORN & PETERS LLP and DOES 1 through 30, inclusive.<br><br>Defendants. | CASE NO. 3:11-cv-06679-SC<br><br>Honorable Samuel Conti<br><br>**NOTICE OF STIPULATED VOLUNTARY DISMISSAL**<br>**[FED. R. CIV. P. 41(A)(1)(B)]** |

### NOTICE OF VOLUNTARY DISMISSAL

Having reached a mutually agreeable out-of-court settlement, Plaintiffs ADVANCED MULTILEVEL CONCEPTS INC. and ABLE DIRECT MARKETING hereby stipulate to voluntarily dismissal of the above referenced action as to Defendant STALT, INC., *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(B). Defendant STALT, INC. hereby notices consent to the same.

1

Respectfully submitted,                                        DATED: September 13, 2012

/s/ *Carlos E. Duque*
Carlos E. Duque, Esq.
Chan Xu, Esq.

Attorneys for Plaintiffs
ADVANCED MULTILEVEL CONCEPTS INC.;
and ABLE DIRECT MARKETING, INC.

/s/ *Richard D. Givens*                                        DATED: September 13, 2012
Richard D. Givens, Esq.

Attorney for Defendant
STALT, INC.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA